IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 8, 2008

Charles R. Fulbruge III
Clerk

No. 07-10679

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALICIA NICHOLE FRAZIER; KEVIN MICHAEL SMITH; JAMES EDWARD GESKE,

Defendants - Appellants.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:06 -CR-203-3

Before GARZA and DENNIS, Circuit Judges.[*]

PER CURIAM:[**]

Having carefully considered each of the defendants' assignments of error in light of the record, the written and oral arguments of the parties, and the law applicable to the case, we find no reversible error and therefore AFFIRM the convictions of the defendants.

---

[*] This case is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.